**93–2622.** WSOS Community Action Comm., Inc. v. Bessman. *Sandusky County,* No. S–93–2. Reported at 69 Ohio St.3d 1408, 629 N.E.2d 1370. On motion for rehearing. Rehearing denied.
RESNICK, J., not participating.

**94–16.** Kelley v. Rocky River Bd. of Edn. *Cuyahoga County,* No. 63906. Reported at 69 Ohio St.3d 1410, 629 N.E.2d 1371. On motion for rehearing. Rehearing denied.
F.E. SWEENEY and PFEIFER, JJ., dissent.

**94–35.** Johnson v. Hydra–Matic Div., Gen. Motors Corp. *Lucas County,* No. L–93–075. Reported at 69 Ohio St.3d 1408, 629 N.E.2d 1370. On motion for rehearing. Rehearing denied.
F.E. SWEENEY, J., dissents.
RESNICK, J., not participating.